ROBERT S. BREWER, JR.
United States Attorney
JANET CABRAL (Cal. Bar No.: 168900)
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8715
Email: janet.cabral@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGRO DYNAMICS, LLC, a Wyoming Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION; SAN DIEGO COUNTY; SPECIAL AGENTS PAUL GELLES. ERIC BALL, KIERAN GARCIA, MARSHA DAWE, ROSS VAN NOSTRAND, AND JEREMY FEUZ; FRANK HASKELL, ANDREW AGUILAR, JASON STEIN, TIMOTHY SMITH, MICHAEL ASTORGA, CHRISTOPHER MORRIS, SGT. STEVE BODINE, DET. JUSTIN MOORE, DET. DWAYNE PRICKETT, DET. CHRISTOPHER PEREZ, AND DET. RICARDO ANDRADE; and DOES 1 to 50, inclusive<br><br>Defendants. | Case No. '20 CV2082 JAH KSC<br><br>NOTICE OF REMOVAL OF A CIVIL ACTION<br><br>[28 U.S.C. §§ 1441(c)(1) and 1442(a)(1)]<br><br>(Removed from Superior Court of California, County of San Diego, North County Division, Case No. 37-2020-00034326-CU-CR-NC) |

| | |
|---|---|
| 1 | TO: ALL PARTIES AND THE CLERK OF COURT |
| 2 | |

PLEASE TAKE NOTICE that the United States of America, through its attorneys, Robert S. Brewer, Jr., United States Attorney, and Janet A. Cabral, Assistant U.S. Attorney, respectfully removes to this Court the above-captioned civil action from the Superior Court of California, County of San Diego. The grounds for this removal include the following:

1. On or about September 22, 2020, Plaintiff initiated this action as Case No. 37-2020-00034326-CU-CR-NC in the Superior Court of California, County of San Diego. Plaintiff names as Defendants the Drug Enforcement Administration ("DEA"), as well as as DEA Special Agents Paul Gelles, Eric Ball, Kieran Garcia, Marsha Dawe, Ross Van Nostrand, and Jeremy Feuz, and DEA Task Force Officers ("TFOs") Frank Haskell, Andrew Aguilar, Jason Stein, Timothy Smith, Michael Astorga, and Christopher Morris. The complaint alleges claims under 42 U.S.C. § 1983 against all Defendants for unreasonable search and seizure in violation of the Fourth Amendment, and for taking of property without compensation in violation of the Fifth Amendment. The complaint further alleges violation of the California Constitution and the California Tort Claims Act. All of Plaintiff's causes of action arise out of the execution of a search warrant at property allegedly leased and occupied by Plaintiff in Fallbrook, California, on September 12, 2019. A copy of the complaint is attached as Exhibit A, pursuant to 28 U.S.C. § 1446(a).

2. The DEA is an Agency of the United States.

3. Plaintiff alleges that DEA Special Agents Paul Gelles, Eric Ball, Kieran Garcia, Marsha Dawe, Ross Van Nostrand, and Jeremy Feuz, along with DEA TFOs Frank Haskell, Andrew Aguilar, Jason Stein, Timothy Smith, Michael Astorga, and Christopher Morris, were acting in their capacity as agents and/or officers of the DEA at all times relevant to the causes of action set forth in the Complaint.

4. This action may be removed to this Court under 28 U.S.C. § 1441(c)(1) because it contains claims arising under the Constitution and laws of the United States. This action may also be removed to this Court under 28 U.S.C. § 1442(a)(1) because it

contains claims against the DEA, an agency of the United States, as well as officers and agents of the United States and its agencies.

5. It also is anticipated that the United States may raise several defenses to the complaint, including but not limited to the United States' sovereign immunity and qualified immunity.

6. Because this is an action against an agency of the United States and officers of the United States, joinder of all Defendants in the notice of removal is not required.

7. As of this time, neither the summons nor complaint in the above-captioned civil action has been served on the United States Attorney for the Southern District of California or the Attorney General of the United States.

WHEREFORE this case, now pending in the Superior Court of California, County of San Diego, is properly removed to this Court.

DATED: October 22, 2020      Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Janet A. Cabral*
Janet Cabral
Assistant United States Attorney
Attorney for United States